Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
David G. Litman, State Bar No. 285768
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Chelsea Ashbrook McCarthy (*Pro Hac Vice Application Pending*)
**HOLLAND & KNIGHT, LLP**
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6518

Lynn E. Calkins (*Pro Hac Vice Application Pending*)
**HOLLAND & KNIGHT, LLP**
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 457-7041
Facsimile: (202) 955-5564

Attorneys for Defendants, Kruse-Western, Inc., Kevin Kruse, GreatbancTrust Company

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ZAVALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRUSE-WESTERN, INC., KEVIN KRUSE, GREATBANC TRUST COMPANY, and John and Jane DOES 1-30,<br><br>Defendants. | Case No.: 1:19-cv-00239-DAD-SKO<br><br>**ORDER APPROVING EXTENSION OF TIME FOR DEFENDANTS KRUSE WESTERN, INC., KEVIN KRUSE, GREATBANC TRUST COMPANY, ET AL. TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF ARMANDO ZAVALA'S CLASS ACTION COMPLAINT**<br><br>**(Doc. 11)**<br><br>Complaint Filed: February 19, 2019 |

Based on the stipulation of the parties hereto (Doc. 11), and for good cause shown, IT IS HEREBY ORDERED THAT:

///

///

///

Defendants Kruse Western, Inc., Kevin Kruse, and Greatbanc Trust Company's deadline to file an Answer or other responsive pleading in this matter will be extended until April 15, 2019.

IT IS SO ORDERED.

Dated: __**March 18, 2019**__                    /s/ *Sheila K. Oberto*                .
                                        UNITED STATES MAGISTRATE JUDGE

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

ORDER APPROVING EXTENSION OF TIME FOR DEFENDANTS KRUSE WESTERN, INC., KEVIN KRUSE, GREATBANC TRUST COMPANY, ET AL. TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF ARMANDO ZAVALA'S CLASS ACTION COMPLAINT

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

ORDER APPROVING EXTENSION OF TIME FOR DEFENDANTS KRUSE WESTERN, INC., KEVIN KRUSE, GREATBANC TRUST COMPANY, ET AL. TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF ARMANDO ZAVALA'S CLASS ACTION COMPLAINT