UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ZAVALA,<br><br>Plaintiff,<br><br>v.<br><br>KRUSE-WESTERN, INC., et al.,<br><br>Defendants. | No. 1:19-cv-00239-DAD-SKO<br><br>ORDER GIVING EFFECT TO STIPULATION AND EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT<br><br>(Doc. No. 32) |

On July 26, 2019, the undersigned issued an order granting in part defendants' motion to dismiss. (Doc. No. 31.) In that order, the court allowed plaintiff twenty-one days to either file an amended complaint or notify the court that he wished to proceed only on those claims found cognizable. (*Id.* at 18.) By stipulation filed on August 8, 2019, the parties have notified the court of plaintiff's intent to file an amended complaint by August 16, 2019. (Doc. No. 32 at ¶ 6.) However, under Federal Rule of Civil Procedure 12(a)(4), GreatBanc and the Board Defendants are required to file their answer to the original complaint by August 9, 2019. (*Id.* at ¶ 5.) Those defendants accordingly request an extension of time to file answers until August 30, 2019.

/////

/////

/////

1

The parties having so stipulated, and good cause appearing, the deadline for GreatBanc Trust Company to file its answer to Counts I and III of the Complaint and the Board Defendants to file their answer to Count IV of the Complaint is extended to August 30, 2019.

IT IS SO ORDERED.

Dated: **August 8, 2019**

_____
UNITED STATES DISTRICT JUDGE