Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
David G. Litman, State Bar No. 285768
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Lynn E. Calkins (Pro Hac Vice)
**HOLLAND & KNIGHT, LLP**
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 457-7041
Facsimile: (202) 955-5564

Chelsea Ashbrook McCarthy (Pro Hac Vice)
**HOLLAND & KNIGHT, LLP**
150 N. Riverside Plaza, Ste. 2700
Chicago, IL 60606
Telephone: (312) 263-3600
Facsimile: (312) 578-6518

Attorneys for Defendants GreatBanc Trust Company, Kevin Kruse,
The Kruse Western, Inc. Board of Directors, and The
Administration Committee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ZAVALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, KEVIN KRUSE, THE KRUSE-WESTERN, INC. BOARD OF DIRECTORS, THE ADMINISTRATION COMMITTEE, and JOHN AND JANE DOES 1-30,<br><br>Defendants. | Case No. 19-cv-00239-DAD-SKO<br><br>**ORDER APPROVING EXTENSION OF TIME FOR DEFENDANTS KEVIN KRUSE, THE KRUSE WESTERN, INC. BOARD OF DIRECTORS, AND THE ADMINISTRATION COMMITTEE TO ANSWER THE AMENDED COMPLAINT**<br><br>(Doc. 72)<br><br>Complaint filed: February 19, 2019<br>Amended Complaint Filed: August 16, 2019 |

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

On December 17, 2021, Plaintiff Armando Zavala and Defendants Kevin Kruse, the Kruse Western, Inc. Board of Directors, and Administration Committee (collectively, "Company Defendants") filed a stipulation for extension of time for the Company Defendants to answer the Amended Complaint (the "Stipulation"), due to defense counsels' numerous other professional obligations and the upcoming holidays. (Doc. 72.) Pursuant to the Stipulation, and for good cause shown,

IT IS HEREBY ORDERED THAT Defendants Kevin Kruse, the Kruse Western, Inc. Board of Directors, and the Administration Committee's deadline to file their respective Answers to the Amended Complaint in this matter is extended to January 7, 2022.

IT IS SO ORDERED.

Dated:   **December 20, 2021**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

**ORDER APPROVING EXTENSION OF TIME FOR DEFENDANTS KEVIN KRUSE, THE KRUSE WESTERN, INC. BOARD OF DIRECTORS, AND THE ADMINISTRATION COMMITTEE TO ANSWER THE AMENDED COMPLAINT**