1 | Michelle C. Yau (admitted *pro hac vice*)
Mary J. Bortscheller (admitted *pro hac vice*)
2 | Kai Richter (admitted *pro hac vice*)
Laura E. Older (admitted *pro hac vice*)
3 | COHEN MILSTEIN SELLERS & TOLL PLLC
4 | 1100 New York Ave. NW, Suite 500
Washington, DC 20005
5 | Tel. (202) 408-4600
Fax (202) 408-4699
6 | myau@cohenmilstein.com
7 | mbortscheller@cohenmilstein.com
krichter@cohenmilstein.com
8 | lolder@cohenmilstein.com

9 | Daniel Feinberg (SBN No. 135983)
Nina Wasow (SBN No. 242047)
10 | Andrea Obando (SBN 312640)
11 | FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
12 | 2030 Addison Street, Suite 500
Berkeley, CA 94704
13 | Tel. (510) 269-7998
Fax (510) 269-7994
14 | dan@feinbergjackson.com
15 | nina@feinbergjackson.com
andrea@feinbergjackson.com
16 |
*Counsel for Plaintiffs and the Proposed Class*
17 |

18 | **UNITED STATES DISTRICT COURT**

19 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

20 | ARMANDO ZAVALA, individually and on behalf of all others similarly situated,

21 |                               Plaintiff,

22 |        v.

23 | GREATBANC TRUST COMPANY, KEVIN KRUSE, THE KRUSE-WESTERN BOARD OF
24 | DIRECTORS, THE ADMINISTRATION
25 | COMMITTEE, and JOHN AND JANE
DOES 1-30,
26 |                               Defendants.

Case No. 1:19-cv-00239-DAD-SKO

**PLAINTIFF'S *AMENDED* NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Date:      August 16, 2022
Time:      9:30 a.m.
Crtrm.:   5

Hon. Dale A. Drozd

27 |

28 |

Case No. 1:19-cv-00239-DAD-SKO  AMENDED NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE SAC

1    PLEASE TAKE NOTICE that on August 16, 2022, at 9:30 a.m., before the Honorable

2  Judge Dale A. Drozd, in Courtroom 5 of the United States District Court for the Eastern District

3  of California in Fresno, California, Plaintiff Armando Zavala ("Plaintiff") will and hereby does

4  move for an order granting him leave to file a Second Amended Complaint.[1]  A copy of the

5  proposed Second Amended Complaint was attached as Exhibit A to Plaintiff's original Notice of

6  Motion and Motion.

7    This motion is made pursuant to Federal Rule of Civil Procedure 15(a)(2) and was filed

8  within the time period specified by the Court's Scheduling Order (ECF No. 83 at ¶ 1).  The grounds

9  for Plaintiff's motion are set forth in the Memorandum of Points and Authorities accompanying

10  Plaintiff's original Notice of Motion and Motion. The motion is further supported by the

11  Declaration of Nina Wasow and exhibits thereto, the allegations in the Second Amended

12  Complaint, and all files, records, and proceedings in this action.

13    Defendants' counsel has advised that GreatBanc will stipulate to the filing of the Second

14  Amended Complaint, but the company defendants will not agree to the filing of the Second

15  Amended Complaint.

16  DATED: June 30, 2022                  Respectfully Submitted,

17                           By:  /s/ Nina Wasow

18                             Daniel Feinberg (SBN No. 135983)
                             Nina Wasow (SBN No. 242047)
19                             Andrea Obando (SBN 312640)
                             FEINBERG, JACKSON, WORTHMAN
20                             & WASOW, LLP
                             2030 Addison Street, Suite 500
21                             Berkeley, CA 94704
                             Tel. (510) 269-7998
22                             Fax (510) 269-7994
                             dan@feinbergjackson.com
23                             nina@feinbergjackson.com
                             andrea@feinbergjackson.com
24

25

26  [1] This Amended Notice of Motion and Motion is being filed in accordance with the Court's Minute
    Order dated June 30, 2022 (ECF No. 96). Pursuant to that Minute Order, Plaintiff's motion will be
27  decided on the papers unless the Court determines that a hearing is necessary, in which case the
    Court will issue an order to specially set the motion for hearing by telephone or video conference.

28                                1

1

2

3

4

5

6

7

8

Michelle C. Yau (admitted *pro hac vice*)
Mary J. Bortscheller (admitted *pro hac vice*)
Kai Richter (admitted *pro hac vice*)
Laura E. Older (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel. (202) 408-4600
Fax (202) 408-4699
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
krichter@cohenmilstein.com
lolder@cohenmilstein.com

9

10

*Counsel for Plaintiff and the Proposed Class*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 1:19-cv-00239-DAD-SKO  AMENDED NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE SAC