1 | Howard A. Sagaser, State Bar No. 72492
2 | Ian B. Wieland, State Bar No. 285721
    David G. Litman, State Bar No. 285768
3 | **SAGASER, WATKINS & WIELAND, PC**
    5260 North Palm Avenue, Suite 400
4 | Fresno, California 93704
    Telephone: (559) 421-7000
5 | Facsimile: (559) 473-1483

6 | Lynn E. Calkins (Pro Hac Vice)
    **HOLLAND & KNIGHT, LLP**
7 | 800 17th Street N.W., Suite 1100
    Washington, D.C. 20006
8 | Telephone: (202) 457-7041
    Facsimile: (202) 955-5564

9 | Chelsea Ashbrook McCarthy (Pro Hac Vice)
    **HOLLAND & KNIGHT, LLP**
10 | 150 N. Riverside Plaza, Ste. 2700
     Chicago, IL 60606
11 | Telephone: (312) 263-3600
     Facsimile: (312) 578-6518

Attorneys for Defendants GreatBanc Trust Company, Kevin Kruse,
The Kruse Western, Inc. Board of Directors, and The
Administration Committee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ZAVALA, individually and on behalf of all others similarly situated, | CASE NO. 19-cv-00239-DAD-SKO |
| Plaintiff, | **ORDER APPROVING STIPULATION REGARDING GREATBANC'S SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES** |
| v. | |
| GREATBANC TRUST COMPANY, KEVIN KRUSE, THE KRUSE-WESTERN, INC. BOARD OF DIRECTORS, THE ADMINISTRATION COMMITTEE, and JOHN AND JANE DOES 1-30, | **(Doc. 93)** |
| | Complaint filed:  February 19, 2019 |
| Defendants. | Amended Complaint Filed:  August 16, 2019 |

1	On June 29, 2022, Plaintiff Armando Zavala and Defendant GreatBanc Trust Company filed a Stipulation Regarding GreatBanc's Second Amended Answer and Affirmative Defenses (the "Stipulation"), which reflected Plaintiff's consent to GreatBanc's filing of its proposed Second Amended Answer and Affirmative Defenses.  (Doc. 93.)  Pursuant to the Stipulation and in the interests of justice, IT IS HEREBY ORDERED THAT,

Defendant GreatBanc Trust Company is GRANTED leave to file its Second Amended Answer and Affirmative Defenses.  **Within two (2) days of the date of this order**, Defendant GreatBanc Trust Company SHALL file its Second Amended Answer and Affirmative Defenses, attached as Exhibit A to the Stipulation.

IT IS SO ORDERED.

Dated:   **July 1, 2022**                              /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE