# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Zavala | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-00239-DAD-SKO |
| GreatBanc Trust Company, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant GreatBanc Trust Company.

Date:  07/14/2022

/s/ Natasha S. Fedder
*Attorney's signature*

Natasha S. Fedder (SBN 325919)
*Printed name and bar number*

Scale LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Address*

nfedder@scalefirm.com
*E-mail address*

(415) 735-5933
*Telephone number*

*FAX number*