

United States District Court
Eastern District of California

| | |
|---|---|
| Armando Zavala, | Case Number: 1:19-CV-00239-DAD-SKO |
| Plaintiff(s) | |

V.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

GreatBanc Trust Company, et al.,

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Andrew D. Salek-Raham hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Defendant GreatBanc Trust Company

On 01/09/2015 (date), I was admitted to practice and presently in good standing in the
D.C. Court of Appeals (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: 07/14/2022                    Signature of Applicant: /s/ Andrew D. Salek-Raham

**Pro Hac Vice Attorney**

Applicant's Name: Andrew D. Salek-Raham

Law Firm Name: Groom Law Group, Chartered

Address: 1701 Pennsylvania Ave., N.W.

City: Washington          State: DC     Zip: 20006

Phone Number w/Area Code: (202) 861-5408

City and State of Residence: Washington, D.C.

Primary E-mail Address: asalek-raham@groom.com

Secondary E-mail Address: lstiles@groom.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Natasha S. Fedder

Law Firm Name: Scale LLP

Address: 315 Montgomery Street, 10th Floor

City: San Francisco          State: CA     Zip: 94104

Phone Number w/Area Code: (415) 735-5933          Bar # 325919

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/15/2022                    _Sheila K. Oberto_
                                    JUDGE, U.S. DISTRICT COURT