

United States District Court
Eastern District of California

| Armando Zavala, | | Case Number: | 1:19-CV-00239-DAD-SKO |
|---|---|---|---|

Plaintiff(s)

V.

GreatBanc Trust Company, et al.,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Hannah M. Stephens hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant GreatBanc Trust Company

On 01/19/2022 (date), I was admitted to practice and presently in good standing in the Delaware Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/19/2022          Signature of Applicant: /s/ Hannah M. Stephens

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Hannah M. Stephens |
| Law Firm Name: | Groom Law Group, Chartered |
| Address: | 1701 Pennsylvania Ave., N.W. |
| City: | Washington   State: DC   Zip: 20006 |
| Phone Number w/Area Code: | (202) 861-0152 |
| City and State of Residence: | Washington, D.C. |
| Primary E-mail Address: | hstephens@groom.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Natasha S. Fedder |
| Law Firm Name: | Scale LLP |
| Address: | 315 Montgomery Street, 10th Floor |
| City: | San Francisco   State: CA   Zip: 94104 |
| Phone Number w/Area Code: | (415) 735-5933   Bar #: 325919 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/19/2022

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Hannah M. Stephens** was admitted to practice as an attorney in the Courts of this State on **January 19, 2022** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 14th day of July, 2022.

*Lisa A. Dolph*
Lisa A. Dolph
Clerk of the Supreme Court