

United States District Court
Eastern District of California

Armando Zavala

Plaintiff(s)

V.

Case Number: 1:19-cv-00239-ADA-SKO

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

GreatBanc Trust Company, et al.

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jacob T. Schutz hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Armando Zavala

On 10/25/2013 (date), I was admitted to practice and presently in good standing in the
Minnesota Supreme Court (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: 03/17/2023          Signature of Applicant: /s/ Jacob T. Schutz

**Pro Hac Vice Attorney**

Applicant's Name: Jacob T. Schutz

Law Firm Name: Cohen Milstein Sellers & Toll PLLC

Address: 1100 New York Avenue, N.W., STE. 500 East

City: Washington    State: DC    Zip: 20005

Phone Number w/Area Code: (719) 287-7598

City and State of Residence: Minneapolis, Minnesota

Primary E-mail Address: jschutz@cohenmilstein.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nina Wasow

Law Firm Name: Feinberg Jackson Worthman & Wasow LLP

Address: 2030 Addison Street, Suite 500

City: Berkeley    State: CA    Zip: 94704

Phone Number w/Area Code: (510) 269-7998    Bar # 242047

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/20/2023

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT