UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ZAVALA, JOSE DAVALOS, and PABLO GONZALEZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>Defendants. | Case No. 1:19-cv-00239-ADA-SKO<br><br>**ORDER MODIFYING CASE SCHEDULE**<br><br>(Doc. 177) |

On March 31, 2023, the parties submitted a joint request for a status conference before the assigned District Judge, seeking to address (1) the schedule for class certification discovery, and (2) a schedule for class certification briefing in light of the filing of the Second Amended Complaint and the addition of thirty-two new defendants, none of whom have appeared yet. (Doc. 170.) On April 4, 2023, the assigned District Judge determined that a status conference was not necessary to resolve the parties' requests and ordered the parties to meet and confer to stipulate a modification of the scheduling order. (Doc. 171.) Shortly thereafter, on April 5, 2023, the original defendants filed a partial motion to dismiss the second amended complaint (Doc. 173), along with individual

1

answers (Docs. 174–76).  Instead of reaching an agreement, on April 6, 2023, the parties filed another joint status report stating that they had met and conferred, yet were unable to agree on a schedule for remaining class certification discovery or briefing and setting forth two proposed schedules.  (Doc. 177.)  Plaintiffs seek an extension of approximately 90 days of the applicable deadlines, and Defendants seek an extension of approximately 150 days.  (*Id*.)

The parties' requests are DENIED with respect to the length of the enlargements respectively requested.  The Court observes that the parties' proposals are about 60 days apart, and considering each party's position, finds that approximately **120 days** (subject to the Court's calendar) is a reasonable extension of time for class certification discovery and briefing, given the pending motion to dismiss and the addition of new defendants to this case.  To the extent any disputes arise concerning this discovery, an approximate 120-day enlargement also allows sufficient time for resolution of those disputes pursuant to the Court's informal discovery dispute process or Local Rule 251.  (*See* Doc. 83 at 2 n.2.)

Accordingly, the case schedule (*see* Doc. 127) is hereby MODIFIED as follows:[1]

- Close of class certification discovery for all parties: August 11, 2023
- Deadline to file motion for class certification: August 25, 2023
- Deadline to oppose motion for class certification: September 29, 2023
- Deadline to file reply in support of class certification: October 16, 2023
- Hearing on motion for class certification: November 22, 2023

IT IS SO ORDERED.

Dated:  **April 7, 2023**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Nothing in this order prevents the parties from meeting and conferring regarding stipulations to enlarge further the case schedule.

2