

# United States District Court
# Eastern District of California

| ARMANDO ZAVALA, etc., et al. | Case Number: 1:19-cv-00239-ADA-SKO |

Plaintiff(s)

V.

| GREATBANC TRUST COMPANY, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Theodore M. Becker** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

ROBERT BERCZYNSKI, AUBREY MICHAEL, CHAD PINTER, JEREMY WILHELM, MARK LA BOUNTY, RONALD KRUSE, THE JEFFREY & KAREN FONTANELLA TRUST, LA BOUNTY FAMILY TRUST, RONALD O. KRUSE FAMILY TRUST, JORDYN KRUSE, RYAN KRUSE, THE DOUGLAS T. KRUSE TRUST, THE DAVIS FAMILY TRUST, SECAP, THE KRUSE FEED & SUPPLY, INC. PROFIT SHARING PLAN, THE LAMBERT FAMILY REVOCABLE TRUST, WARREN HUTCHINGS, DOREEN HUTCHINGS, SIDNEY EARP, RICHARD EARP, MARK KREBSBACH, NICKIE KREBSBACH, THE JOSEPH & DEBRA GUENLEY REVOCABLE LIVING TRUST, THE HOLDSWORTH FAMILY REVOCABLE TRUST, DANIEL J. MARTIN, AND THE MONTE AND SUSAN MELLO TRUST

On **06/05/1975** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Illinois** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **JUNE 5, 2023**     Signature of Applicant: /s/ *Theodore Becker*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Theodore M. Becker |
| Law Firm Name: | McDermott Will & Emery LLP |
| Address: | 444 W. Lake Street |
| | Suite 4000 |
| City: | Chicago   State: IL   Zip: 60606 |
| Phone Number w/Area Code: | (312) 984-6934 |
| City and State of Residence: | Winnetka, Illinois |
| Primary E-mail Address: | tbecker@mwe.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Julian L. Andre |
| Law Firm Name: | McDermott Will & Emery LLP |
| Address: | 2049 Century Park East |
| | Suite 3200 |
| City: | Los Angeles   State: CA   Zip: 90067 |
| Phone Number w/Area Code: | (310) 277-4110   Bar #: 251220 |

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/8/2023

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT